

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ALEJANDRO DIAZ, §  No. 08-21-00202-CV

Appellant, §  Appeal from the

v. §  County Court at Law No. 3

LUIS AURELIO TODD, §  of El Paso County, Texas

Appellee. §  (TC# 2017-DCV4425)

§

**O R D E R**

On November 19, 2021, this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On November 29, 2021, Appellee timely filed an objection. The Court finds Appellee's objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted, and the Record shall now be filed in this Court on or before February 3, 2022.

IT IS SO ORDERED this 29th day of November, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.